STEVENS VOISIN, Plaintiff, *v.* THE THAMES AND MERSEY MARINE INSURANCE COMPANY, Respondent.

GEORGE FREIFELD, as Receiver of STEVENS VOISIN, Appellant; MITCHELL & MITCHELL, Respondent.

*Voisin* v. *Thames & Mersey M. Ins. Co.,* 84 App. Div. 642, appeal dismissed.
(Argued October 9, 1903; decided October 30, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1903, which affirmed an order of Special Term denying a motion to vacate and set aside an order of discontinuance.

*H. A. View* and *A. H. Parkhurst* for appellant.

*C. N. Bovee, Jr.,* and *Wilhelmus Mynderse* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.   Absent: PARKER, Ch. J.

---

FRANCIS X. ZAPF, Appellant, *v.* LULU N. CARTER, Respondent.

*Zapf* v. *Carter,* 70 App. Div. 395, appeal dismissed.
(Argued October 15, 1903; decided October 30, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 22, 1902, reversing an interlocutory judgment in favor of plaintiff entered upon the report of a referee and granting a new trial.

*John Conboy* for appellant.

*George C. Carter* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ.   Not voting: O'BRIEN, J.